**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: RICHARD MCSWAIN JR  
LACY STANSBERRY MCSWAIN

Case No.: 07-22692

Debtor(s)

------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/04/2007.

2) The case was confirmed on 02/25/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/06/2009.

6) Number of months from filing to the last payment: 15

7) Number of months case was pending: 19

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 7,272.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 4,254.00 |
| Less amount refunded to debtor | $ 280.00 |
| **NET RECEIPTS** | $ 3,974.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,002.21 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 300.46 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,302.67 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| OPTION ONE MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAN HOME MTG | SECURED | 181,250.00 | 181,402.32 | .00 | .00 | .00 |
| AMERICAN HOME MTG | SECURED | 4,800.00 | 3,913.38 | 3,913.38 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 306.00 | 351.00 | 351.00 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 325.00 | 626.39 | 626.39 | .00 | .00 |
| AUSTIN BANK OF CHICA | SECURED | 595.00 | .00 | .00 | 140.00 | .00 |
| CITY OF CHICAGO DEPT | SECURED | NA | .00 | 345.00 | 345.00 | .00 |
| OPTION ONE MORTGAGE | UNSECURED | 31,595.00 | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,500.00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,485.00 | 1,021.16 | 1,021.16 | .00 | .00 |
| CALVARY PORTFOLIO SE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| COMPUTER CREDIT | OTHER | NA | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 179.90 | NA | NA | .00 | .00 |
| DR RAGHU RAMADURAI | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| ELITE RECOVERY SERVI | UNSECURED | 1,010.00 | NA | NA | .00 | .00 |
| EMERGENCY PYSICIANS | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| FINANCE AMERICA CORP | UNSECURED | 1,650.00 | NA | NA | .00 | .00 |
| B-REAL LLC | UNSECURED | 195.00 | 193.00 | 193.00 | .00 | .00 |
| HELLER & FRISONE | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| KLO BILLING | OTHER | NA | NA | NA | .00 | .00 |
| MED CLEAR INC | UNSECURED | 195.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| B-REAL LLC | UNSECURED | 330.00 | 328.00 | 328.00 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,040.00 | NA | NA | .00 | .00 |
| MIDWEST ASSOCIATES I | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| NAZIR A KHAN | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| NORTH EAST CREDIT & | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| NORTH OAK DENTAL CAR | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | 1,885.00 | NA | NA | .00 | .00 |
| NORWEGIAN AMERICAN H | UNSECURED | 2,365.00 | NA | NA | .00 | .00 |
| OSI RECOVERY SOLUTIO | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| PARK DANSAN | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| PAUL SANTANGELO | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| PFG OF MINNESOTA | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| READER SERVICE CNTR | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| RESURRECTION | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| RESURRECTION | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| RESURRECTION | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| RMA HOLDINGS LLC | UNSECURED | 440.00 | NA | NA | .00 | .00 |
| RUSH MEDICAL GROUP | UNSECURED | 30.00 | 5.99 | 5.99 | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| SAINT MARY OF NAZARE | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| TABAKS HEALTH PROD | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HOSPIT | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HOSPIT | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HOSPIT | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HOSPIT | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HOSPIT | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| FINANCE AMERICA CORP | SECURED | NA | 900.00 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | 2,505.65 | 2,505.65 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | NA | 1,475.92 | 723.08 | 180.00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 6.33 | 6.33 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,913.38 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,068.08 | 665.00 | .00 |
| **TOTAL SECURED:** | 4,981.46 | 665.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6.33 | 6.33 | .00 |
| **TOTAL PRIORITY:** | 6.33 | 6.33 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 5,031.19 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,302.67 |
| Disbursements to Creditors | $ | 671.33 |
| **TOTAL DISBURSEMENTS:** | $ | 3,974.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/16/2009           /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**